UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

05 c 11786 WGY

Perry W. Antelman
412/1 Nof Haradynon Street
Neve Daniel
Gush Etzion
Israel

v.

Barbara K. Antelman
115 Brook Road
Sharon, MA. 02067

CASE NO.
RECEIPT # 66529
AMOUNT $250
SUMMONS ISSUED 4
LOCAL RULE 4.1
WAIVER FORM
MCF ISSUED
BY DPTY. CLK.
DATE 8/30/05

## MOTION TO SCHEDULE AN EXPEDITED HEARING AND FOR INTERIM RELIEF

Now comes the petitioner, by and through counsel, and respectfully moves this honorable court to schedule an expedited hearing in this case and to grant interim relief to the petitioner.

Respectfully submitted,

Carol J. King  BBO# 600853
Wallace Law Office, P.C.
One Post Office Square
Sharon, MA 02067
(781) 793-0575

## MEMORANDUM IN SUPPORT OF MOTION

This is a case for the return of children pursuant to the Hague Convention on the Civil Aspects of International Child Abduction and the International Child Abduction Remedies Act, 42 U.S.C. 11603(b). The point of the Convention is to protect children from the harmful effects of a wrongful removal and to secure the *prompt* return of children wrongfully removed to another contracting state. Hague Convention, Preamble.

The Hague Convention is intended to restore the pre-abduction status quo. It is also meant to deter parents from forum-shopping in search of a court perceived as more sympathetic. Friedrich v. Friedrich, 983 F. 2d 1396, 1400 ((6th Cir. 1993); Lops v.Lops, 140 F. 3d 927,936 (11th Cir. 1998) (citations omitted). The district court has the authority to determine the merits of the abduction claim and determine custody jurisdiction, but not to rule on the merits of any underlying custody dispute. Friedrich, supra.

The ICARA was enacted to provide a means for the parent who has been left behind in an abduction to assert his rights in an emergency situation. Distler v. Distler, 26 F.Supp. 2d 723, 727 (D.N.J. 1998).

The respondent in this case is pregnant and is due to deliver in mid to late September. The children have been kept from their father since the abduction. The school year is starting as well. Prompt scheduling and decision of this case will serve the interests of all participants. Granting the interim relief requested in the Petition will allow the court the opportunity to stabilize the family situation by first, ordering the respondent to turn over travel documents to the court to prevent further removal, and second, by permitting the petitioner to see his children.

Respectfully submitted,

*Carol J. King*
Carol J. King BBO# 600853
Wallace Law Office, P.C.
One Post Office Square
Sharon, MA 02067
(781) 793-0575