AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF

Perry Antelman
v
Barbara Antelman

**APPEARANCE**

Case Number: 11786 WGY

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for respondent

I certify that I am admitted to practice in this court.

Date: 9/9/05

Signature

Print Name: Henry O. Katz        Bar Number

Address: 14 Crest Rd

City: Sharon   State: MA   Zip Code: 02067

Phone Number: 781 784 3352   Fax Number: 781 784 5352 *51