UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Perry W. Antelman
412/1 Nof Haradynon Street
Neve Daniel
Gush Etzion
Israel

CASE NO. 05-CV-11786 WGY
Judge Young

v.

Barbara K. Antelman
Sharon, MA. 02067

ENTRY OF APPEARANCE
AND
MOTION FOR ADMISSION OF CAROL J. KING
PRO HAC VICE

Now comes D. Luray Wallace, Esq., and enters his appearance as counsel for Petitioner in the above-referenced case, and moves for the admission of Carol J. King as counsel for Petitioner *pro hac vice*.

This Motion is supported by the attached certificate.

Respectfully submitted,

D. Luray Wallace
BBO # 542511
Wallace Law Office, P.C.
One Post Office Square
Sharon, MA 02067
Telephone: 781-793-0575
Fax: 781-793-0600

Dated: September 7, 2005