UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Perry W. Antelman
412/1 Nof Haradynon Street
Neve Daniel
Gush Etzion
Israel

CASE NO. 05-CV-11786 WGY
Judge Young

v.

Barbara K. Antelman
Sharon, MA. 02067

## AFFIDAVIT

Now comes Carol J. King, being first duly sworn, and states as follows:

1. I am a member of the Bar in good standing in every jurisdiction where I have been admitted to practice, specifically Massachusetts, Rhode Island, and Ohio.

2. There are no disciplinary proceedings pending against me in any of the jurisdictions in which I am admitted to practice.

3. I have read and am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

*Carol J. King* (signature)
Carol J. King

Dated: September 7, 2005