UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Perry W. Antelman

05-
CASE NO.11786 WGY

v.

Barbara K. Antelman

### Stipulation of Parties Regarding Visitation

Subject to approval of the court the parties agree that the Petitioner may visit with the children of the parties under the following conditions and schedule:

1. Petitioner, beginning September 9th and every other weekend thereafter, may pick up the older children at their respective schools at the close of the school day and may pick up the youngest child, Asael, at the respondent's residence one hour before the close of the school day. Petitioner may keep the children on such weekend and return Asael to the respondent's residence and the other children to their respective schools on Monday morning in time for school.

2. Petitioner beginning Wednesday September 14th and each Wednesday thereafter may pick up the children, except for Asael, at school and take them for dinner and return them to respondent's residence no later than 8:00 p.m. that evening. As to Asael, he will be picked up at the respondent's residence one hour before the close of school on each Wednesday and returned to the respondent's residence with the other children no later than 8:00 p.m.

3. On Thursday, September 8, 2005, the petitioner may pick up and return the children according to the schedule in number 2 above.

Respectfully submitted,

_____
Henry A. Katz
Attorney for Respondent

_____
Carol J. King
Attorney for Petitioner

_____
Respondent

_____
Petitioner