UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Perry W. Antelman
412/1 Nof Haradynon Street
Neve Daniel
Gush Etzion
Israel                                  CASE NO. 05-CV-11786WGY

v.

Barbara K. Antelman
Sharon, MA. 02067

ENTRY OF APPEARANCE

Now comes D. Luray Wallace, Esq., and enters his appearance as counsel for Petitioner in the above-referenced case.

                                                      Respectfully submitted,

                                                      D. Luray Wallace
                                                      BBO # 542511
                                                      Wallace Law Office, P.C.
                                                      One Post Office Square
                                                      Sharon, MA 02067
                                                      Telephone: 781-793-0575
                                                      Fax: 781-793-0600

Dated: September 20, 2005