

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Perry W. Antelman
412/1 Nof Haradynon Street
Neve Daniel
Gush Etzion
Israel

CASE NO. 05-CV-11786WGY

v.

Barbara K. Antelman
Sharon, MA 02067

## MOTION TO LIFT STAY OF PROCEEDINGS

Now comes Plaintiff, by and through counsel, and respectfully requests this honorable court to lift the stay of proceedings imposed by its own motion in the instant case.

Respectfully submitted,

Carol J. King/BBO# 600853
Wallace Law Office, P.C.
One Post Office Square
Sharon, MA 02067
(781) 793-0575

## CERTIFICATE OF SERVICE

I hereby certify that I served a true copy of the foregoing Motion upon Henry Katz, 14 Crest Road, Sharon, MA 02067, counsel for respondent, by regular U.S. mail this 20th day of October, 2005.

Carol J. King