UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ANTELMAN

v.

CIVIL ACTION
NO. 05-11786-WGY

KAUSITS, a k/a
ANTELMAN

## MOTION FOR LEAVE TO WITHDRAW

I Henry D. Katz attorney of record for the Barbara Kausits a/k/a Antelman move for an order permitting him to withdraw his appearance as counsel for her upon the following grounds:

1.   All substantive communication between Ms. Kausits and the undersigned attorney ceased after December 13, 2005 and virtually no communication has existed for two weeks.

2.   Ms. Kausits, in her dispute with the plaintiff Perry Antelman, has been and continues to be represented by Attorney Pnina Shapira who is an attorney licensed to practice law in the State of Israel.

3.   It is believed that Ms. Kausits has been and is presently in communication with Attorney Shapira regarding the dispute between the parties.

4.   Moreover, it is believed that Attorney Shapira is in communication with the plaintiff's Israeli counsel and plaintiff's Massachusetts counsel regarding possible settlement.

5.   The undersigned counsel has not participated in or been privy to these settlement discussions.

6.   Additionally, there exists a conflict between client and attorney regarding the strategy of resolving the dispute between the parties and necessity to prepare for trial while discussions may proceed.

7.   Ms. Kausits has engaged in discussions with Massachusetts attorney or attorneys regarding representing her in these disputes in the United States and it is expected that new counsel will be retained forthwith.

8.  It is believed that neither party will oppose the allowance of this motion to withdraw.

9.  Ms. Kausits' present address is:
    Barbara Kausits
    11 Grove Street
    Sharon, MA  02067

Respectfully submitted,

_____
Henry D. Katz, Esquire
Attorney for the Defendant Barbara Kausits
14 Crest Road
Sharon, MA   02067
781 784 3352
BBO #261140

## CERTIFICATE OF SERVICE

I, Henry D. Katz, hereby certify that on this 9th day of January 2006, I delivered a copy of the within document, by mailing said copy, postage prepaid to the attorney of record for the plaintiff, Carol J. King, Esquire, Wallace Law Office, 1 Post Office Square, Sharon, MA  02067 and to Barbara Kausits, by hand delivery to her residence.

_____
Henry D. Katz