UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PERRY W. ANTELMAN,　　　　　　　　　　　　No. 05-CV-11786-WGY
　　　　Plaintiff.

v.

BARBARA KAUSITS,
a/k/a BARBARA ANTELMAN,
　　　　Defendant.

## JOINT REQUEST FOR CONTINUANCE OF STATUS CONFERENCE.

**1.0　Relief Requested.**

1.1　The parties move the court for a continuance of the hearing now scheduled for January 23, 2005.

**2.0　Reasoning.**

2.1　On January 11, 2006 Wife initially contacted Attorney Gerald L. Nissenbaum (Nissenbaum), asking he represent her in this matter.

2.2　Nissenbaum did not receive all necessary paperwork to familiarize himself with the case until the following week; and has now agreed to enter his appearance on behalf of Defendant in this action (filed herewith,) in the action now pending in the Massachusetts Trial Court, Probate and Family Court Department, Norfolk Division and to try to coordinate with the action pending in Israel.

2.3　Before spending time on motions, preparing for status conferences, and

Page 1

such, Nissenbaum initiated contact with Plaintiff's counsel. Since then, counsel believe they have had productive settlement discussions.

2.4  At this point, both parties are attempting to obtain information from their respective Israeli counsel regarding sale of their real estate in Israel and another matter. And, we are trying to work out a global settlement of all matters, including where the children will reside, custody and parenting time.

2.5  Counsel believe it is in everyone's best interests, including that of their children to try to arrive at an agreed resolution.

2.6  Further, requiring the parties to go forward on January 23, 2006 may raise matters that will derail current settlement negotiations. In any event, if settlement is not attained, Defendant intends to file a Motion to Dismiss, based upon res judicata - alleging the issue of habitual residence has been decided by extension of the probate court's denial of Plaintiff's motion to dismiss the divorce for lack of subject matter jurisdiction.

2.7  After consultation with the parties and counsel as to scheduling, counsel propose the hearing be continued to one of the following dates: February 14, 15, 16, 17; or March 15 or 16. If none of those dates are convenient for the court, counsel would ask for an opportunity to submit additional dates for

late March and early April..

**3.0  Conclusion.**

3.1  The hearing on this matter, now scheduled for January 23, 2006, should be continued to one of the aforementioned dates.

A proposed order is attached.

Dated: January 23, 2006                                           Respectfully submitted,

                                                                                          **BARBARA KAUSITS**, a/k/a,
Assented to:                                                                     By her attorneys,
**PERRY W. ANTELMAN**                                          **NISSENBAUM LAW OFFICES**

By: *[signature]*                                                           By: *[signature]*
Carol J. King, BBO #600853                                       Gerald L. Nissenbaum, BBO 372400
Wallace Law Office, P.C.                                           160 Federal Street - 24th Floor
One Post Office Square                                            Boston, MA 02110
Sharon, MA 02067                                                     (617) 330-9090;    fax at: 6090
(781) 793-0575

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PERRY W. ANTELMAN,                                          No. 05-CV-11786-WGY
        Plaintiff.

v.

BARBARA KAUSITS,
a/k/a BARBARA ANTELMAN,
        Defendant.

## PROPOSED ORDER ON:
## DEFENDANT'S MOTION FOR CONTINUANCE.

The within motion is allowed.

The hearing on this matter shall be rescheduled to _____.

Dated: January \_\_\_, 2006                    By the Court,

                                                                         _____
                                                                         Hon. William G. Young
                                                                         Justice
                                                                         U.S. District Court, D. Mass.