UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PERRY W. ANTELMAN,　　　　　　　　　　　　No. 05-CV-11786-WGY
　　　　　Plaintiff.

v.

BARBARA KAUSITS,
a/k/a BARBARA ANTELMAN,
　　　　　Defendant.

## NOTICE OF APPEARANCE

Now come Gerald L. Nissenbaum, Esq. and enters his appearance as counsel for the Defendant, Barbara Kausits, a/k/a Barbara Antelman, in the above-entitled action.

　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　　　　　　**Barbara Kausits,** by her attorneys
　　　　　　　　　　　　　　　　　　　　　**NISSENBAUM LAW OFFICES**

Date:  January 30, 2006　　　　　　　　　　By: _Gerald L. Nissenbaum/mm_
　　　　　　　　　　　　　　　　　　　　　Gerald L. Nissenbaum, BBO #372400
　　　　　　　　　　　　　　　　　　　　　160 Federal Street, 24th floor
　　　　　　　　　　　　　　　　　　　　　Boston, MA 02110
　　　　　　　　　　　　　　　　　　　　　617 / 330. 9090;  fax at: 6909