AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF     MASSACHUSETTS

## APPEARANCE

Case Number: 05-CV-11786-WGY

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendant, Barbara Kausits, a/k/a Barbara Antelman.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 2/2/2006 | /s/ Gerald Nissenbaum |
| Date | Signature |

| | |
|---|---|
| Gerald L. Nissenbaum | #372400 |
| Print Name | Bar Number |

| | | |
|---|---|---|
| Nissenbaum Law Offices, 160 Federal St., 24th Fl. | | |
| Address | | |
| Boston | MA | 02110 |
| City | State | Zip Code |
| (617) 330-9090 | | (617) 330-6909 |
| Phone Number | | Fax Number |