UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PERRY W. ANTELMAN,
      Plaintiff.

No. 05-CV-11786-WGY

v.

BARBARA KAUSITS,
a/k/a BARBARA ANTELMAN,
      Defendant.

### DEFENDANT'S MANAGEMENT PROPOSAL.

The defendant, through counsel, proposes[1] the following schedule:

1. **Discovery:**

    a.    The parties shall submit all requests for production of documents and interrogatories to each other by February 20, 2006. Responses are due 30 days from the date of receipt of the discovery requests or by March 20, 2006.

    b.    Because of the short time line ordered by the court, the parties need not wait for discovery responses before noticing depositions of parties or witnesses.

    c.    Parties shall cooperate and agree to motions or other action to facilitate the taking of out of District and out of USA depositions, including agreeing to produce witnesses, having a notary public/stenographer and a local

---

[1] Defendant's counsel sought to agree on a joint Case Management Statement, to no avail. On February 3, 2006, Defendant's asked, via e-mail, that Plaintiff's counsel respond to his proposed joint statement by the afternoon of February 4, 2006; and if nothing was heard back, defendant would file her own statement. Nothing was heard back. This statement follows.

attorney in the locus of the witness, and counsel participating via telephone conference call from the office of the party noticing the deposition.

    d.    To the extent possible, depositions shall be concluded by April 30, 2006. However, if trial has not commenced, depositions may continue until trial commences.

    e.    To reduce duplication, discovery in this case shall also be used in other pending actions between the parties; and discovery in those other cases may be used in this case.

    f.    Each party shall, within 14 days, provide the other party of their respective lists of prospective witnesses, each attempting to narrow their respective lists to what each believes are essential witnesses. Each party may then depose some or all of the witnesses to be called against him or her. The parties shall cooperate in arranging depositions of witnesses who live in the same state or in Israel to be taken on the same day or, no later than, over a two-day period.

2.    **Motions**:

A moving party shall serve his or her Motion to Dismiss and/or for Summary or Partial Summary Judgment on the opposing party on or before March 1, 2006. The responding party shall have two weeks to serve his or her opposition. The moving party may serve a response to any new matter raised in the opposition in or within one week. Thereupon, the pleading shall all be filed -

as one group or bundle - forthwith, in court.

Any pre trial motions and Motions in Limine shall be served on or before April 15, 2006.

3. **Certifications:**

a. The plaintiff has conferred with her counsel and her counsel has conferred with defendant's counsel regarding the potential financial and emotional cost involved in conducting a full course of discovery and trial.

b. Until defendant serves his witness list, plaintiff's counsel has been unable to provide plaintiff with a wide range of possible fees and costs. Plaintiff's counsel will, as is his standard practice, engage in an on-going litigation / risk analysis with plaintiff for this and the other cases pending between the parties.

c. The parties agreed to ADR. In furtherance thereof, Hon. Matthew Paine was assigned to the case. The parties and counsel are scheduled to meet for with Hon. Paine on Thursday, February 16, 2006 at 9:00 a.m. at the USDC (MA).

February 7, 2006

Respectfully submitted,
Barbara Kausits by her attorneys,
**NISSENBAUM LAW OFFICES**

By: _____
Gerald L. Nissenbaum, BBO #372400
Wendy J. Overbaugh, BBO #657457
160 Federal Street - 24th Floor
Boston, MA 02110
(617) 330-9090;   fax at: 6090

## Certificate of Service

I hereby certify that on this day an electronic copy of the above was served upon counsel for plaintiff at her office e-mail address as of record, followed by a hard copy being mailed to her, postage prepaid, U. S. Mail.

February 7, 2006                              _Mindy Markwan_

N:\wpwin\Kausits v. Antelman\Federal Ct - Hague Petition\02.07.06.BK's Case.Management.Statement.wpd