**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**


Perry W. Antelman                               CASE NO. 05-CV-11786 WGY
                    Plaintiff
v.

Barbara K. Antelman
                    Defendant


Plaintiff's Case Management Proposal

The plaintiff, through counsel, proposes the following schedule:

   1.  Discovery:

The parties shall submit all requests for production of documents and interrogatories to

each other by February 21, 2006.  This is because February 20 is a holiday.  Responses

would then be due on March 21, 2006.


   2.  Other issues:

Plaintiff concurs with the Defendant's proposed schedule in all other respects.


                                        Respectfully submitted,



                                        /s/  Carol J. King
                                        Carol J. King
                                        BBO # 600853
                                        Wallace Law Office, P.C.
                                        One Post Office Square
                                        Sharon, MA 02067
                                        carol@wallacelawoffice.com
                                        Telephone:  781-793-0575
                                        Fax:  781-793-0600


Dated:  February 13, 2006

Certificate of Service

I hereby certify that on February 13, 2006 an electronic copy of this document was served upon counsel for defendant at his e-mail address of record, followed by mailing a hard copy, postage prepaid, by regular U.S. Mail, to Nissenbaum Law Offices, 160 Federal Street, 24th floor, Boston MA 02110.

_____