UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

Perry W. Antelman

      v.                                              CASE NO. 05-CV-11786WGY

Barbara Kausits Antelman

### MOTION TO WITHDRAW AS COUNSEL

Now come Carol J. King and D. Luray Wallace, counsel for plaintiff, and move to withdraw from this case. As grounds, counsel states that their client has discharged them. On behalf of plaintiff, counsel requests that all matters on the case be continued until plaintiff retains new counsel.

                                                                  Respectfully submitted,

                                                                   /s/ Carol J. King
                                                                   _____
                                                                   Carol J. King
                                                                   BBO#600853

                                                                   /s/ D. Luray Wallace
                                                                   _____
                                                                   D. Luray Wallace
                                                                   BBO # 542511
                                                                   Wallace Law Office, P.C.
                                                                   One Post Office Square
                                                                   Sharon, MA 02067
                                                                   Telephone:  781-793-0575
                                                                   Fax:  781-793-0600

Dated:  February 13, 2006

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on February 13, 2006.

_____
Carol J. King