UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

                                                                                   **Civil Action**
                                                                                   **No: 05cv11786-WGY**

**Perry Antelman**

**Plaintiff**

v.

**Barbara K. Antelman**
**Defendant**

## SETTLEMENT ORDER OF DISMISSAL

**YOUNG, D.J.**

    The Court having been advised on that the above-entitled action has been settled:
    IT IS ORDERED that this action is hereby dismissed without cost and without prejudice to the right of any party, upon good cause shown, to reopen the action within sixty (60) days if settlement is not consummated.

                                                                                      By the Court,

                                                                                      /s/Matthew A. Paine
                                                                                      **Deputy Clerk**

**February 22, 2006**

**To: All Counsel**