AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of     Massachusetts

FILED
CLERKS OFFICE

2006 MAR 27 P 4:37

U.S. DISTRICT COURT
DISTRICT OF MASS.

Perry W. Antelman

V.

Barbara K. Antelman

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05-11786 WGY

TO: (Name and address of Defendant)

    Barbara Kausits Antelman
    11 Grove Street
    Sharon, MA 02067

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    Carol J. King
    Wallace Law Office, P.C.
    One Post Office Square
    Sharon, MA 02067

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

AUG 3 0 2005

CLERK                                                       DATE

(By) DEPUTY CLERK

%AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE November 29, 2005 |
| NAME OF SERVER (PRINT) DANIEL SIRKIN | TITLE Constable |

Check one box below to indicate appropriate method of service

☐ Served personally upon the third-party defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: DAUGHTER

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES $27.50 | TOTAL $27.50 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on Nov. 29, 2005 at 5:30pm
  Date            Signature of Server /s/ Daniel Sirkin

Address of Server: SHARON, MA 02067

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.