UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| PERRY ANTELMAN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BARBARA K. ANTELMAN, )<br>)<br>Defendant. )<br>) | Civil Action No. 05-cv-11786-WGY |

## NOTICE OF APPEARANCE

Kindly enter the appearance of attorneys Laura Studen, Francine Gardikas, and Michael Murphy on behalf of Plaintiff Perry Antelman in the above-captioned matter.

                                        Respectfully Submitted,
                                        PERRY ANTELMAN

                                        /s/ Michael P. Murphy
                                        Laura Studen (BBO#483690)
                                        Francine Gardikas (BBO#644557)
                                        Michael P. Murphy (BBO#654053)
                                        Burns & Levinson LLP
                                        125 Summer Street
                                        Boston, MA 02110-1624

April 21, 2006

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on April 21, 2006.

                                        /s/Michael P. Murphy
                                        Michael P. Murphy