UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PERRY ANTELMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-cv-11786-WGY |
| ) | |
| BARBARA K. ANTELMAN, ) | |
| ) | |
| Defendant. ) | |

### PLAINTIFF'S MOTION TO VACATE SETTLEMENT ORDER OF DISMISSAL AND REOPEN THE ACTION

Plaintiff Perry Antelman ("Antelman") hereby moves to vacate the Settlement Order of Dismissal entered on February 22, 2006 on the grounds that a settlement has not been consummated. In support thereof, Antelman states the following:

1. The Court referred this matter to Alternative Dispute Resolution (ADR) before Magistrate Judge Leo Sorokin.

2. On February 16, 2006 Magistrate Judge Sorokin conducted a mediation. During the mediation the parties agreed to the terms of a settlement and read the terms of settlement into the record. Magistrate Judge Sorokin reported the matter as settled to the Court.

3. On February 22, 2006 the Court entered a Settlement Order of Dismissal dismissing the case providing, in pertinent part, "upon good cause shown, to reopen the action within sixty (60) days if settlement is not consummated."

4. Following the mediation plaintiff's predecessor counsel and defendant's counsel attempted to reduce the terms of the settlement to a written agreement. The parties were unable

to agree on the written agreement so a settlement has not been consummated within the 60 day period provided by the Court.

5. Accordingly, as a settlement has not been consummated, Antelman requests that the dismissal be vacated and the action be reopened. If the matter is not reopened Antelman will be prejudiced as the case will be dismissed without a settlement having been consummated.

WHEREFORE, Plaintiff Perry Antelman requests that his Motion to Vacate the Settlement Order of Dismissal and Reopen the Action be granted.

                                        Respectfully Submitted,
                                        PERRY ANTELMAN

                                        /s/ Francine Gardikas
                                        Laura Studen (BBO#483690)
                                        Francine Gardikas (BBO#644557)
                                        Michael P. Murphy (BBO#654053)
                                        Burns & Levinson LLP
                                        125 Summer Street
                                        Boston, MA 02110-1624

April 21, 2006

## RULE 7.1 CERTIFICATION

I hereby certify that, as set forth above, predecessor counsel attempted in good faith to resolve the issues in this motion. Furthermore, plaintiff's counsel has attempted to resolve issues raised by this motion in the context of Kausits v. Antelman, Norfolk Probate and Family Court, docket # 04D-1435-DV1.

                                        /s/ Francine Gardikas
                                        Francine Gardikas

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on April 21, 2006.

                                        /s/Michael P. Murphy
                                        Michael P. Murphy

01010193