UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| PERRY ANTELMAN, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 05-cv-11786-WGY |
| BARBARA K. ANTELMAN, | ) ) ) | |
| Defendant. | ) ) | |

## NOTICE OF APPEARANCE

Kindly enter the appearance of attorneys Laura Studen, Francine Gardikas, and Michael Murphy on behalf of Plaintiff Perry Antelman in the above-captioned matter.

Respectfully Submitted,
PERRY ANTELMAN

   /s/ Francine Gardikas
Laura Studen (BBO#483690)
Francine Gardikas (BBO#644557)
Michael P. Murphy (BBO#654053)
Burns & Levinson LLP
125 Summer Street
Boston, MA 02110-1624

May 5, 2006

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on May 5, 2006.

/s/ Francine Gardikas
Francine Gardikas

01013482