UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| PERRY ANTELMAN, | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 05-cv-11786-WGY |
| BARBARA K. ANTELMAN, | ) | |
| Defendant. | ) | |

## **JOINT MOTION TO CONTINUE HEARING**

Plaintiff Perry Antelman and Defendant Barbara K. Antelman hereby jointly move to

continue the hearing on the Plaintiff's Motion to Vacate Settlement Order of Dismissal and

Reopen the Action from May 12, 2006 until June 20, 2006.  In support thereof, the parties state

that they expect to complete a settlement regarding custody and visitation of their children at

issue in the above captioned action which will alleviate the need for the scheduled hearing.

Wherefore, the parties jointly request that the Joint Motion to Continue the Hearing be

granted.

Respectfully Submitted,
PERRY ANTELMAN                          BARBARA KAUSITS


   /s/ Francine Gardikas                           /s/ Gerald Nissenbaum
Laura Studen (BBO#483690)                Gerald Nissenbaum (BBO#372400)
Francine Gardikas (BBO#644557)          Wendy J. Overbaugh (BBO#657457)
Michael P. Murphy (BBO#654053)          Nissenbaum Law Offices
Burns & Levinson LLP                    160 Federal Street 24th Floor
125 Summer Street                       Boston, MA 02110
Boston, MA 02110-1624


May 11, 2006

2

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on May 11, 2006.

/s/Michael P. Murphy_____
Michael P. Murphy

2