UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| PERRY ANTELMAN, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 05-cv-11786-WGY |
| BARBARA K. ANTELMAN, | ) ) ) | |
| Defendant. | ) ) | |

## NOTICE OF APPEARANCE

Kindly enter the appearance of attorney Laura Studen on behalf of Plaintiff Perry Antelman in the above-captioned matter.

> Respectfully Submitted,
> PERRY ANTELMAN
>
> /s/ Laura R. Studen
> Laura Studen (BBO#483690)
> Burns & Levinson LLP
> 125 Summer Street
> Boston, MA 02110-1624

Dated: June 23, 2006

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on June 23, 2006.

> /s/ Laura R. Studen
> Laura R. Studen

01013969