UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PERRY ANTELMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-cv-11786-WGY |
| ) | |
| BARBARA K. ANTELMAN, ) | |
| ) | |
| Defendant. ) | |

## PLAINTIFF'S EMERGENCY MOTION TO CONTINUE HEARING

Plaintiff Perry Antelman hereby moves to continue the hearing on the Plaintiff's Motion to Vacate Settlement Order of Dismissal and Reopen the Action from July 5, 2006 to August 2, 2006 on the grounds that plaintiff's counsel has a scheduling conflict. In support thereof, plaintiff's counsel states the following:

1. The hearing on this matter was initially scheduled for June 20, 2006. When plaintiff's counsel arrived at the Court for the hearing on that date the Court informed counsel that the motion had been taken off the list.

2. The Court subsequently rescheduled the hearing for July 5, 2006.

3. Unfortunately, all three attorneys that have entered an appearance on behalf of the Plaintiff are not able to attend on that day. Two have long standing vacation plans and will be out of town on the day of the hearing. The spouse of the third attorney is expecting, with the baby due on or around the day of the hearing.

4. The continuance date of August 2, 2006 is the first available date for plaintiff's lead counsel.

5. As this is the Plaintiff's motion, the Defendant will not be prejudiced by a continuance.

Wherefore, the Plaintiff requests that the Plaintiff's Emergency Motion to Continue the Hearing be granted.

Respectfully Submitted,

PERRY ANTELMAN

  /s/ Francine Gardikas
Laura Studen (BBO#483690)
Francine Gardikas (BBO#644557)
Burns & Levinson LLP
125 Summer Street
Boston, MA 02110-1624

June 27, 2006

## RULE 7.1 CERTIFICATION

I hereby certify that, as set forth above I attempted in good faith to resolve the issues in this motion. Defendant's counsel informed me that he would not assent to the continuance.

  /s/ Francine Gardikas
Francine Gardikas

2