UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| PERRY ANTELMAN, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 05-cv-11786-WGY |
| BARBARA K. ANTELMAN, | ) ) ) | |
| Defendant. | ) ) | |

## NOTICE OF WITHDRAWAL OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please withdraw the appearance of Attorney Michael P. Murphy for the plaintiff in the above-captioned action. Attorneys Laura Studen, Francine Gardikas, and the law firm of Burns & Levinson LLP will continue to represent the plaintiff.

                                               Respectfully Submitted,
                                               PERRY ANTELMAN

                                               /s/ Michael P. Murphy
                                             Laura Studen (BBO#483690)
                                             Francine Gardikas (BBO#644557)
                                             Michael P. Murphy (BBO#654053)
                                             Burns & Levinson LLP
                                             125 Summer Street
                                             Boston, MA 02110-1624

July 24, 2006

## CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on July 24, 2006.

                                               /s/Michael P. Murphy
                                             Michael P. Murphy