## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

_____

**PERRY W. ANTELMAN,**        )                 **No.  05-CV-11786-WGY**
     **Plaintiff**          )
                         )
                         )
**v.**                       )
                         )
**BARBARA KAUSITS,**       )
**A/K/A BARBARA ANTELMAN,**  )
     **Defendant**        )
_____)

### NOTICE OF APPEARANCE

     Kindly enter the appearance of Raymond Sayeg for the Defendant Barbara

Kausits, in the above-captioned action.

                                  Respectfully submitted,
                                  BARBARA KAUSITS
                                  By her Attorney,

                                  /s/ Raymond Sayeg
                                  _____
                                  Raymond Sayeg, BBO #555437
                                  DENNER PELLEGRINO, LLP
                                  Four Longfellow Place, 35th Floor
                                  Boston, MA  02114
                                  (617) 742-1184

Dated:  July 31, 2006