UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PERRY W. ANTELMAN,　　　　　　　　　　　　　No. 05-CV-11786-WGY
　　　　　Plaintiff.

v.

BARBARA KAUSITS,
a/k/a BARBARA ANTELMAN,
　　　　　Defendant.

## ASSENTED TO MOTION TO CONTINUE HEARING

**1.0　Relief Requested.**

1.1　The Defendant moves the court for a continuance of the hearing now scheduled for July 31, 2006 at 2:00 P.M. to sometime in September.

**2.0　Reasoning.**

2.1　On July 27, 2006, Wife hired new counsel whose appearance is being filed under separate cover.

2.2　On July 28, 2006, Wife's file was transferred to her successor counsel, Raymond Sayeg, Esq. Because of the size of the file, it is not possible for new counsel to get completely up to speed by 2:00 P.M. this afternoon. Plaintiff's counsel is in agreement that a hearing today will not be productive. Therefore, counsel agree on a continuance to sometime in September.

**3.0   Conclusion.**

3.1   The hearing on this matter, now scheduled for July 31, 2006 at 2:00 P.M., should be continued.

A proposed order is attached.

Dated: July 31, 2006                                                     Respectfully submitted,

                                                                                        **BARBARA KAUSITS**, a/k/a,
Assented to:                                                                   By her attorneys,
**PERRY W. ANTELMAN**                                          **NISSENBAUM LAW OFFICES**

By: *Laura Studen /wjo*                                                By: *Wendy J Overbaugh*
Laura Studen, BBO 483690                                          Gerald L. Nissenbaum, BBO 372400
Francine Gardikas, BBO 644557                                  Wendy J. Overbaugh, BBO657457
Burns & Levinson, LLP                                                160 Federal Street - 24th Floor
125 Summer St.                                                             Boston, MA 02110
Boston, MA 02110                                                        (617) 330-9090;         fax at: 6090
(617) 345-3000

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PERRY W. ANTELMAN,  No. 05-CV-11786-WGY
    Plaintiff.

v.

BARBARA KAUSITS,
a/k/a BARBARA ANTELMAN,
    Defendant.

## PROPOSED ORDER ON:
## DEFENDANT'S MOTION FOR CONTINUANCE.

The within motion is allowed.

The hearing on this matter shall be rescheduled to _____.

Dated: July ___, 2006  By the Court,

                                                      _____
                                                      Hon. William G. Young
                                                      Justice
                                                      U.S. District Court, D. Mass.