UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PERRY W. ANTELMAN,
    Plaintiff

No. 05-CV-11786-WGY

v.

BARBARA KAUSITS,
a/k/a BARBARA ANTELMAN,
    Defendant

## WITHDRAWAL OF APPEARANCE

I, Wendy J. Overbaugh, hereby withdraw as counsel for Barbara Kausits, a/k/a Barbara Antelman in the above- entitled action. Appearance of successor counsel, Raymond Sayeg, has been filed with the Court.

August 1, 2006

Respectfully submitted,
Barbara Kausits by her attorneys,
**NISSENBAUM LAW OFFICES**

By: _/s/ Wendy J. Overbaugh_
Wendy J. Overbaugh, BBO #657457
160 Federal Street - 24th Floor
Boston, MA 02110
(617) 330-9090;    fax at: 6090

N:\wpwin\Kausits v Antelman\Federal Ct - Hague Petition\WITHDRAWAL WJO.wpd