UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PERRY W. ANTELMAN,
    Plaintiff.

No. 05-CV-11786-WGY

v.

BARBARA KAUSITS,
a/k/a BARBARA ANTELMAN,
    Defendant.

## WITHDRAWAL OF APPEARANCE

I, Gerald L. Nissenbaum, hereby withdraw as counsel for Barbara Kausits, a/k/a Barbara Antelman in the above- entitled action. Appearance of successor counsel, Raymond Sayeg, has been filed with the Court.

August 1, 2006

Respectfully submitted,
Barbara Kausits by her attorneys,
**NISSENBAUM LAW OFFICES**

By: *[signature]*
Gerald L. Nissenbaum, BBO #372400
160 Federal Street - 24th Floor
Boston, MA 02110
(617) 330-9090;     fax at: 6090

N:\wpwin\Kausits v Antelman\Federal Ct - Hague Petition\WITHDRAWAL.GLN.wpd